JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LANDES BUCKHALTER,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | No. 2:26-cv-11307-JVS-BFM<br>JUDGMENT |

Pursuant to the Order Denying Petition (ECF 7), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Request for Extension of Time to File a Habeas Petition (ECF 1) is denied without prejudice. The Court directs the Clerk of Court to close this case.

DATED: November 23, 2026

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE